**Jess SADLER et al. v. NATIONAL ZINC COMPANY, Inc.**

No. 3824.

United States Court of Appeals
Tenth Circuit.

Dec. 1, 1948.

Bruner, Farabi & Matuska, of Pittsburg, Kan., and Wolf & Leary, of Joplin, M<sub></sub>., for appellants.

Rowland & Rowland, of Bartlesville, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellee, for failure to prosecute.